AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TROY WESTBERRY,

Plaintiff,

V.

CERT SMITH, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV124-15

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated April 18, 2024, adopting the Report and Recommendation of the Magistrate Judge, this case is dismissed without prejudice. This case stands closed.

| 4/18/2024 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020